# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

SHELLY SEBASTIAN

VERSUS

LOUISIANA STATE POLICE
RETIREMENT SYSTEM, KIM GANN,
AND IRVING FELPS

NO.  2021 CW 1496

**FEBRUARY 25, 2022**

---

In Re:      Shelly Sabastian, applying for supervisory writs, 19th
            Judicial District Court, Parish of East Baton Rouge,
            No. 697,794.

---

**BEFORE:    WHIPPLE, C.J., PENZATO AND HESTER, JJ.**

**WRIT NOT CONSIDERED.** The writ application did not include documentation of the return date in violation of Rule 4-3 of the Uniform Rules of Louisiana Courts of Appeal. Thus, we cannot determine whether the writ application was timely filed.

Supplementation of this writ application and/or an application for rehearing will not be considered. Rules 2-18.7 & 4-9, Uniform Rules of Louisiana Courts of Appeal.

In the event relator seeks to file a new application with this court, it must contain all pertinent documentation, including the missing items noted above, must comply with Rule 2-12.2, Uniform Rules of Louisiana Courts of Appeal, and must show that any delay in filing was not due to the applicant's fault. Rule 4-3, Uniform Rules of Louisiana Courts of Appeal. Any new application must be filed on or before March 28, 2022, and must contain a copy of this ruling.

**VGW
AHP
CHH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
      FOR THE COURT